# STATE OF LOUISIANA
# COURT OF APPEAL, FIRST CIRCUIT

MEYLIN CASTRO, INDIVIDUALLY, AND ON BEHALF OF HER MINOR CHILDREN, MONICA GISSELL CASTANEDA-CASTRO, DAVID MEJIA-CASTRO, AND DYLAN SNEIJDER MEJIA-CASTRO, AND MEYLIN P. CASTRO

VERSUS

CHURCH MUTUAL INSURANCE COMPANY, FIRST UNITED METHODIST CHURCH OF DENHAM SPRINGS, ABC INSURANCE COMPANY, SUNBELT RENTALS SCAFFOLD SERVICES, LLC, XYZ INSURANCE COMPANY, AND 1 PRIORITY ENVIRONMENTAL SERVICES, INC.

NO. 2021 CW 0700

OCTOBER 1, 2021

---

In Re: 1 Priority Environmental Services, Inc., applying for supervisory writs, 19th Judicial District Court, Parish of East Baton Rouge, No. 669445.

---

BEFORE: McCLENDON, WELCH, AND THERIOT, JJ.

**WRIT GRANTED IN PART; DENIED IN PART.** The portion of the trial court's April 23, 2021 judgment denying the motion for partial summary judgment filed by defendant 1 Priority Environmental Services, Inc (hereinafter "1 Priority") on January 27, 2021, is reversed. 1 Priority submitted sufficient summary judgment evidence to demonstrate that at the time plaintiff Meylin Castro was injured she was the statutory employee of 1 Priority. See **Allen v. State ex rel. Ernest N. Morial-New Orleans Exhibition Hall Auth.**, 2002-1072 (La. 4/9/03), 842 So.2d 373. Accordingly, summary judgment is granted in part. In all other respects, the writ is denied.

PMc
JEW
MRT

COURT OF APPEAL, FIRST CIRCUIT

_____
DEPUTY CLERK OF COURT
FOR THE COURT